■ CONCETTA SCHIFANO, Appellant, v. VINCENZO SCHIFANO et al., Respondents.— In an action to set aside a deed to real property and for related relief, plaintiff appeals from (1) an order of the Supreme Court, Queens County, dated August 17, 1971, which granted defendants' motion to dismiss the complaint, and (2) a judgment of said court dated August 30, 1971 and made upon said order. Order and judgment reversed, with $10 costs and disbursements, and motion denied. In our opinion, the dismissal of the complaint in the prior action was not on the merits and was not *res judicata* on this motion (*Searles* v. *Main Tavern*, 28 A D 2d 1136; cf. CPLR 5013). The present complaint states a cause of action. Rabin, P. J., Hopkins, Christ, Brennan and Benjamin, JJ., concur.

■ RICHARD A. SCHOENFELD, Respondent, v. ATOMIC PRODUCTS CORP., Appellant.— In an action by a vendee for specific performance of a contract to sell real property, in which defendant counterclaimed to recover damages for fraud, defendant appeals from an order-judgment (one paper) of the Supreme Court, Suffolk County, entered April 14, 1971, which granted plaintiff's motion for summary judgment and denied defendant's cross motion for sumary judgment. Order-judgment modified by striking therefrom all the decretal provisions other than the one which denied the cross motion and by adding thereto a provision that plaintiff's motion is denied. As so modified, order-judgment affirmed, without costs. The record presents disputed issues of fact as to plaintiff's alleged fraudulent misrepresentations (*Steinbruck* v. *Gazzara*, 15 A D 2d 507; *Rizzi* v. *Sussman*, 9 A D 2d 961) and defendant's defenses of cancellation (*Royce* v. *Rymkevitch*, 29 A D 2d 1029) and laches (*Northern Operating Corp.* v. *Anopol*, 25 A D 2d 551). These issues should only be resolved after trial. Rabin, P. J., Hopkins, Christ, Brennan and Benjamin, JJ., concur.